Robert E. Byrnes (SBN 200761)
RByrnes@InitiativeLegal.com
Payam Shahian (SBN 228406)
PShahian@InitiativeLegal.com
Sang Park (SBN 232956)
SPark@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff

Leslie L. Abbott (SBN 155597)
Noam Glick (SBN 251582)
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants Aetna, Inc. and
Aetna Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICHAEL GONG-CHUN, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>AETNA INC., a Pennsylvania corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 09-CV-01995-AWI-SMS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>Date Action Filed: September 17, 2009<br>Trial Date:            None Set |

PDF created with pdfFactory trial version www.pdffactory.com

**THIS STIPULATION** is hereby entered into by and between Plaintiff Michael Gong-Chun ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") (collectively referred to as the "Parties"), by and through their respective counsel of record.

**WHEREAS**, on September 17, 2009, Plaintiff filed a putative wage and hour class action in Superior Court of California, Fresno County (the "Superior Court") on his own behalf and on behalf of all other persons similarly situated;

**WHEREAS**, Plaintiff pleaded class allegations for Defendant's failure to provide meal periods, failure to timely pay all wages upon termination, failure to timely pay wages during employment, and violation of California's Unfair Competition Laws;

**WHEREAS**, on November 12, 2009, Defendant removed the action from the Superior Court to this Court;

**WHEREAS**, on or about November 13, 2009, this Court ordered the Parties to attend a formal Scheduling Conference on January 14, 2010, and file a Joint Scheduling Report one full week prior to the Scheduling Conference;

**WHEREAS**, the Parties met and conferred on December 17, 2009 and agreed to do the following:

   a)   Attend an early mediation with Antonio Piazza on March 18, 2010;

   b)   Exchange informal discovery for the mediation;

   c)   Serve formal written discovery;

   d)   Serve deposition notices with appearance dates to be set by notice within 30 days after the mediation or by agreement of the Parties; and,

   e)   Exchange initial disclosures required by Fed. R. Civ. P. 26(a) (1) within 30 days after the mediation;

**WHEREAS**, the Parties further agreed to do the following with Class Member names and contact information:

PDF created with pdfFactory trial version www.pdffactory.com

f) Defendant will produce the Class List to a neutral third party administrator (for purposes of this stipulation, the term "Class List" means a Microsoft Excel electronic file containing the full names, most recently known addresses, and most recently known telephone numbers for all non-exempt and hourly paid employees of Defendant who worked in California within four years prior to the filing of the complaint until date of certification);

g) By December 28, 2009, the neutral third party administrator shall mail a one-page notice and opt-out postcard to persons on the Class List informing them of their right to opt-out of disclosing their identities and contact information to Plaintiff, attached hereto as Exhibit A. Putative class members will have 30 days from the date of mailing to mail opt-out postcards. By February 3, 2010, the neutral third party administrator will provide the Class List, excluding those persons who opted-out of disclosing their information, to Plaintiff.

**WHEREAS**, the Parties agree that the case may settle at the March 18, 2010 mediation, and as a result, a Scheduling Conference will be unnecessary;

**WHEREAS**, the Parties respectfully submit that judicial economy would be best served if the currently ordered Scheduling Conference is continued by 30 days after the mediation;

**IT IS THEREFORE STIPULATED** between the Parties by and through their respective counsel that the upcoming Scheduling Conference currently scheduled for January 14, 2010, at 9:30 a.m., be continued to April 15, 2010, at 9:30 a.m., or to a date that is otherwise convenient for the Court, and that a Joint Scheduling Report be filed one full week prior to the Scheduling Conference.

Dated:  January 5, 2010                Respectfully submitted,

INITIATIVE LEGAL GROUP APC

By:  /s/ Sang Park
Robert E. Byrnes
Payam Shahian
Sang Park

Attorneys for Plaintiff

Dated:  January 5, 2010                PAUL HASTINGS JANOFSKY & WALKER LLP

By:  /s/ Noam Glick
Leslie L. Abbott
Noam Glick

Attorneys for Defendants Aetna, Inc.
and Aetna Life Insurance Company

**GOOD CAUSE SHOWING, IT IS SO ORDERED.**

**Dated:      January 6, 2010                              /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE**

Page 3

PDF created with pdfFactory trial version www.pdffactory.com