1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   MICHAEL GONG-CHUN, individually and
    on behalf of other members of the general
10  public similarly situated,

CASE NO. 1:09-cv-01995-AWI-SKO

11              Plaintiff,

**ORDER DENYING AS MOOT
MOTION TO CONSOLIDATE**

12      v.

(Docket No. 31)

13  AETNA LIFE INSURANCE COMPANY,
    et al.,

14

15              Defendants.

16  _____/

17         On February 17, 2011, Defendants filed a motion to consolidate this case with a related case,

18  *Thomas v. Aetna, Inc.* ("*Thomas*"), 1:10-cv-01906-AWI-SKO.  (Doc. 31.)  However, in *Thomas*,

19  Plaintiff Thomas had filed a motion for remand, and the motion to consolidate the two cases was

20  held in abeyance until Plaintiff Thomas' motion for remand was decided.

21         Following the Court's decision on Plaintiff's motion for remand in *Thomas*, the parties filed

22  a notice of settlement.  (*Thomas*, 1:10-cv-01906-AWI-SKO, Docket No. 53.)  Thus, Defendants'

23  motion to consolidate this matter with the related *Thomas* action is moot.  Accordingly, IT IS

24  HEREBY ORDERED that Defendants' motion to consolidate is DENIED as MOOT.

25

26  IT IS SO ORDERED.

27  **Dated:    November 28, 2011**              **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE
28