# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONG-CHUN, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>Defendants.<br>_____ / | CASE NO. 1:09-cv-01995-AWI-SKO<br><br>**ORDER DENYING AS MOOT MOTION TO CONSOLIDATE**<br><br>(Docket No. 31) |

On February 17, 2011, Defendants filed a motion to consolidate this case with a related case, *Thomas v. Aetna, Inc.* ("*Thomas*"), 1:10-cv-01906-AWI-SKO. (Doc. 31.) However, in *Thomas*, Plaintiff Thomas had filed a motion for remand, and the motion to consolidate the two cases was held in abeyance until Plaintiff Thomas' motion for remand was decided.

Following the Court's decision on Plaintiff's motion for remand in *Thomas*, the parties filed a notice of settlement. (*Thomas*, 1:10-cv-01906-AWI-SKO, Docket No. 53.) Thus, Defendants' motion to consolidate this matter with the related *Thomas* action is moot. Accordingly, IT IS HEREBY ORDERED that Defendants' motion to consolidate is DENIED as MOOT.

IT IS SO ORDERED.

**Dated:   November 28, 2011**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE