# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONG-CHUN, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01995-AWI-SKO<br><br>**ORDER SETTING STATUS CONFERENCE** |

On May 17, 2010, this case was stayed pending the California Supreme Court's decision in *Brinker Restaurant Corp. v. Superior Court* ("*Brinker*"), 80 Cal. Rptr. 3d 781 (Cal. Ct. App. 2008), *petition for review granted*, 85 Cal. Rptr. 3d 688, 196 P.3d 216. Oral argument in *Brinker* was heard by the California Supreme Court on November 8, 2011, and the matter has been submitted for decision. Pursuant to the California Supreme Court's internal operating procedures,[1] a decision will issue on or before February 6, 2012.

---

[1] *See* Internal Operating Practices and Procedures of the California Supreme Court 23 (2007 ed.) ("The court files its written opinion within 90 days after oral argument."), available at http://www.courts.ca.gov/documents/2007_Supreme_Court_Booklet.pdf.

In light of this, a status conference shall be held on **March 8, 2012, at 9:30 a.m. in Courtroom 7**, to assess whether the stay should be lifted and to address scheduling deadlines. The parties shall file a Joint Scheduling Report on or before March 1, 2012, that complies with the instructions set forth in the November 13, 2009, order at docket number 7. The Joint Scheduling Report shall be electronically filed on CM/ECF, and a conforming copy shall be emailed in WordPerfect or Word format to skoorders@caed.uscourts.gov.

If any or all of the parties wish to appear telephonically at the status conference, they must note their request to appear telephonically in the caption of the Joint Scheduling Report. To appear telephonically, the parties are required to coordinate one conference call to (559) 499-5790 at the appointed time and date for the conference.

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference is SET for March 8, 2012, in Courtroom 7, at 9:30 a.m.;
2. The parties shall file a Joint Scheduling Report on or before March 1, 2012; and
3. A copy of the Joint Scheduling Report shall be emailed to skoorders@caed.uscourts.gov on or before March 1, 2012.

IT IS SO ORDERED.

**Dated:   November 28, 2011**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE