UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONG-CHUN, GLADIBEL SOTIL-GAILLOUR, BRENDA BUCARIA, JEFF BRAGER, TANYA LEMONS, ELI CRUZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INC., a Pennsylvania corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 09-CV-01995-AWI-SKO<br><br>Hon. Sheila K. Oberto<br><br>**ORDER APPROVING IMPLEMENTATION SCHEDULE**<br><br>Complaint Filed: September 17, 2009 |

# ORDER APPROVING IMPLEMENTATION SCHEDULE

On February 16, 2012, the Court granted preliminary approval of the Joint Stipulation of Class Action Settlement. The following Implementation Schedule shall govern the administration of the settlement and the timing of the motions for final approval of class action settlement and motion for class representative enhancements and an award of attorneys' fees and costs:

| | |
|---|---|
| Deadline for Defendant to Submit Class Member Information to Claims Administrator | February 26, 2012 |
| Deadline for Claims Administrator to Mail the Notice Packet to Class Members | March 7, 2012 |
| Deadline for Class Members to Postmark Requests for Exclusions | April 6, 2012 |
| Deadline for Receipt by Court and Counsel of any Objections to Settlement | April 6, 2012 |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement | April 24, 2012 |
| Deadline for Class Counsel to file Motion for Attorneys' Fees, Costs and Enhancement Award | April 24, 2012 |

| | |
|---|---|
| Deadline for Parties to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | April 24, 2012 |
| Deadline for Defendant to provide written Notice of Rescission of Settlement to Class Counsel (if applicable) | May 9, 2012 |
| Final Fairness Hearing and Final Approval | May 23, 2012, 9:30 a.m. in Courtroom 7 |

IT IS SO ORDERED.

Dated:   **February 21, 2012**                    **/s/ Sheila K. Oberto**
                                                                           UNITED STATES MAGISTRATE JUDGE